(124 So. 921)

George **FAULKNER v. STATE.** (4 Div. 530.)

Court of Appeals of Alabama. Nov. 12, 1929.

SAMFORD, J. Appeal dismissed.

(123 So. 925)

**FEARN & WILLIS, Inc., v. SMITH–KELLY SUPPLY CO.** (1 Div. 885.)

Court of Appeals of Alabama. Oct. 8, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(119 So. 920)

Mike **FERLISI v. STATE.** (6 Div. 317.)

Court of Appeals of Alabama. Dec. 11, 1928.

SAMFORD, J. Appeal dismissed.

(124 So. 921)

Jesse, alias Jessie, **FINCHER v. STATE.** (1 Div. 862.)

Court of Appeals of Alabama. Nov. 19, 1929.

SAMFORD, J. Affirmed.

(125 So. 920)

Walter **FLANAGAN** (alias M. L. Stevens) **v. STATE.** (1 Div. 913.)

Court of Appeals of Alabama. Dec. 17, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(127 So. 919)

Tilman **FLANIGAN v. STATE.**
8 Div. 881.

Court of Appeals of Alabama.
March 4, 1930.

J. G. Rankin, of Athens, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J.

The conflicting evidence adduced upon the trial of this case made a jury question and rendered inapt the affirmative charge requested by appellant. This is the only point of decision presented on this appeal, which is from a judgment of conviction for distilling, making, or manufacturing alcoholic or spirituous liquors. Said judgment is affirmed.

Affirmed.

(124 So. 921)

**W. M. FLEMMING v. STATE.** (6 Div. 670.)

Court of Appeals of Alabama. Oct. 29, 1929.

PER CURIAM. Appeal dismissed on motion of appellant.

(127 So. 920)

Posey **FLOYD v. STATE.**
8 Div. 814.

Court of Appeals of Alabama.
March 4, 1930.

S. H. Richardson, of Huntsville, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.
Affirmed.